LATHAM & WATKINS LLP
Yi Sun (Bar No. 325174)
  Yi.Sun@lw.com
12670 High Bluff Drive
San Diego, CA 92130
Telephone: +1.858.523.5415

Kelly Fayne (Bar No. 265983)
  Kelly.Fayne@lw.com
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: +1.415.646.7897

David Marriott (NY Bar No. 2682565)
  David.Marriott@lw.com
William O. Reckler *(Pro Hac Vice Pending)*
  William.Reckler@lw.com
Julia R. Miller *(Pro Hac Vice Pending)*
  Jullia.Miller@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

Marguerite Sullivan *(Pro Hac Vice Pending)*
  Marguerite.Sullivan@lw.com
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.1027

*Attorneys for Defendants Illumina, Inc.*
*and Illumina Cambridge Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ELEMENT BIOSCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC. AND ILLUMINA CAMBRIDGE LTD., <br><br> Defendants. | Case No. 5:25-cv-08026-NW <br><br> **DEFENDANTS ILLUMINA, INC. AND ILLUMINA CAMBRIDGE LTD.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** <br><br> Hon. Noël Wise |

**FRCP 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned discloses and certifies on behalf of Defendants Illumina, Inc. and Illumina Cambridge Ltd. as follows:

1. Illumina Cambridge Ltd. is a directly and wholly owned subsidiary of Illumina, Inc.

2. Illumina, Inc. has no parent corporation.

3. BlackRock, Inc., a publicly held corporation, owns 10% or more of Illumina, Inc.'s stock.

Respectfully Submitted,

Dated: October 7, 2025

LATHAM & WATKINS LLP

By */s/ Yi Sun*
   Yi Sun (Bar No. 325174)
    *Yi.Sun@lw.com*
   12670 High Bluff Drive
   San Diego, CA 92130
   Telephone: +1.858.523.5415

   Kelly Fayne (Bar No. 265983)
    *Kelly.Fayne@lw.com*
   505 Montgomery Street
   Suite 2000
   San Francisco, CA 94111
   Telephone: +1.415.646.7897

   David Marriott (NY Bar No. 2682565)
    *David.Marriott@lw.com*
   William O. Reckler *(Pro Hac Vice Pending)*
    *William.Reckler@lw.com*
   Julia R. Miller *(Pro Hac Vice Pending)*
    *Jullia.Miller@lw.com*
   1271 Avenue of the Americas
   New York, NY 10020
   Telephone: +1.212.906.1200

   Marguerite Sullivan *(Pro Hac Vice Pending)*
    *Marguerite.Sullivan@lw.com*
   555 Eleventh Street, NW
   Suite 1000
   Washington, D.C. 20004-1304
   Telephone: +1.202.637.1027

   *Attorneys for Defendants Illumina, Inc.*
   *and Illumina Cambridge Ltd.*