LATHAM & WATKINS LLP
Yi Sun (Bar No. 325174)
  *Yi.Sun@lw.com*
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5415

Kelly Fayne (Bar No. 265983)
  *Kelly.Fayne@lw.com*
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: +1.415.646.7897

David Marriott (NY Bar No. 2682565)
  *David.Marriott@lw.com*
William O. Reckler (*Pro Hac Vice Pending*)
  *William.Reckler@lw.com*
Julia R. Miller (*Pro Hac Vice Pending*)
  *Jullia.Miller@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

Marguerite Sullivan (*Pro Hac Vice Pending*)
  *Marguerite.Sullivan@lw.com*
555 Eleventh Street NW
Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.1027

*Attorneys for Defendants Illumina, Inc.
and Illumina Cambridge Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ELEMENT BIOSCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC. AND ILLUMINA CAMBRIDGE LTD., <br><br> Defendants. | Case No. 5:25-cv-08026-NW <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE PURSUANT TO CIVIL LOCAL RULES 6-1(B) AND 6-2** <br><br> Hon. Noël Wise |

1  Pursuant to Civil Local Rule 6-1(b), Defendants Illumina, Inc. and Illumina Cambridge Ltd. ("Defendants") and Plaintiff Element BioSciences, Inc. ("Plaintiff"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on September 22, 2025, Plaintiff filed its Complaint (Dkt. 1);

WHEREAS, on September 24, 2025, Defendant Illumina, Inc. was served with the Complaint and summons (Dkt. 8);

WHEREAS, pursuant to Fed. R. Civ. P. 12(a), Defendant Illumina, Inc. must answer or otherwise respond to the Complaint not later than October 15, 2025;

WHEREAS, on October 6, 2025, counsel for Defendants accepted service on behalf of Defendant Illumina Cambridge Ltd.;

WHEREAS, pursuant to Fed. R. Civ. P. 12(a), Defendant Illumina Cambridge Ltd. must answer or otherwise respond to the Complaint not later than October 27, 2025;

WHEREAS, the parties have conferred and agreed to an extension for Defendants to jointly respond to the Complaint and for the parties to file responsive briefing;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, that pursuant to Civil Local Rule 6-1(a), Defendants will have until December 8, 2025, to respond to the Complaint.

IT IS FURTHER STIPULATED AND AGREED, subject to the Court's approval and pursuant to Civil Local Rule 6-1(b), that if Defendants file a Motion to Dismiss:

Plaintiff will have until January 30, 2026, to file a response; and

Defendants will have until February 23, 2026, to file a reply, if any.

Respectfully Submitted,

Dated: October 7, 2025   LATHAM & WATKINS LLP

By */s/ Yi Sun*
Yi Sun (Bar No. 325174)
Yi.Sun@lw.com
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5415

Kelly Fayne (Bar No. 265983)
Kelly.Fayne@lw.com

505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: +1.415.646.7897

David Marriott (NY Bar No. 2682565)
  *David.Marriott@lw.com*
William O. Reckler (*Pro Hac Vice Pending*)
  *William.Reckler@lw.com*
Julia R. Miller (*Pro Hac Vice Pending*)
  *Jullia.Miller@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

Marguerite Sullivan (*Pro Hac Vice Pending*)
  *Marguerite.Sullivan@lw.com*
555 Eleventh Street NW
Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.1027

*Attorneys for Defendants Illumina, Inc. and Illumina Cambridge Ltd.*

| | |
|---|---|
| Dated: October 7, 2025 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By */s/ Adam Wolfson* |
| | Adam B. Wolfson (Bar No. 262125)<br>adamwolfson@quinnemanuel.com<br>865 S Figeuroa<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000 |
| | Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000 |
| | David L. Bilsker (Bar No. 152383)<br>davidbilsker@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600 |
| | *Attorneys for Plaintiff Element BioSciences, Inc.* |

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE PURSUANT TO CIVIL LOCAL RULES 6-1(B) AND 6-2. Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Yi Sun, attest that concurrence in the filing of this document has been obtained.

Dated: October 7, 2025          /s/ Yi Sun
                                Yi Sun

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court hereby orders:

Defendants will have until December 8, 2025, to respond to the Complaint.

If Defendants file a Motion to Dismiss, Plaintiff will have until January 30, 2026, to file a response; and Defendants will have until February 23, 2026, to file a reply, if any.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____          _____
                                         Honorable Judge Noël Wise
                                         United States District Judge