LATHAM & WATKINS LLP
Yi Sun (Bar No. 325174)
  Yi.Sun@lw.com
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5415

Kelly Fayne (Bar No. 265983)
  Kelly.Fayne@lw.com
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: +1.415.646.7897

David Marriott (NY Bar No. 2682565)
  David.Marriott@lw.com
William O. Reckler (*Pro Hac Vice Pending*)
  William.Reckler@lw.com
Julia R. Miller (*Pro Hac Vice Pending*)
  Jullia.Miller@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

Marguerite Sullivan (*Pro Hac Vice Pending*)
  Marguerite.Sullivan@lw.com
555 Eleventh Street NW
Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.1027

*Attorneys for Defendants Illumina, Inc.
and Illumina Cambridge Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ELEMENT BIOSCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC. AND ILLUMINA CAMBRIDGE LTD., <br><br> Defendants. | Case No. 5:25-cv-08026-NW <br><br> **DECLARATION OF YI SUN IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE PURSUANT TO CIVIL LOCAL RULES 6-1(B) AND 6-2** <br><br> Hon. Noël Wise |

I, Yi Sun, hereby declare as follows:

1. I am an attorney admitted to practice law in the state of California and Counsel at Latham & Watkins LLP, counsel of record for Defendants Illumina, Inc. and Illumina Cambridge Ltd. ("Defendants") in the above-captioned action.

2. I submit this declaration in support of the parties' Joint Stipulation and [Proposed] Order to Extend Time to Respond to Complaint Pursuant to Civil Local Rules 6-1(b) and 6-2. I make this declaration based on my personal knowledge.

3. On September 22, 2025, Plaintiff filed the Complaint (Dkt. 1).

4. On September 24, 2025, Defendant Illumina, Inc. was served with the Complaint and summons (Dkt. 8).

5. Defendant Illumina, Inc.'s deadline to answer or otherwise respond to the Complaint is October 15, 2025.

6. On October 6, 2025, counsel for Defendants accepted service on behalf of Defendant Illumina Cambridge Ltd.

7. Defendant Illumina Cambridge Ltd.'s deadline to answer or otherwise respond to the Complaint is October 27, 2025.

8. The parties have stipulated to extend Defendants' deadline to jointly respond to the Complaint to December 8, 2025.

9. Counsel for the parties have met and conferred and agreed that given the complex nature of this dispute, good cause exists to extend the schedule for responsive briefing, and agreed that if Defendants file a Motion to Dismiss: (i) Plaintiff will have until January 30, 2026, to file a response, and (ii) Defendants will have until February 23, 2026, to file a reply, if any.

10. There have been no previous extensions requested by the parties.

11. The parties do not intend for this extension of time to impact any other deadlines already fixed by Court order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of October 2025, in San Diego, California.

1
2    By */s/ Yi Sun*
     Yi Sun
3
4
5
...
28