QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
(650) 801-5000 Tel.
(650) 801-5100 Fax

David Bilsker (Bar No. 152383)
davidbilsker@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
(415) 875-6600 Tel.
(415) 875-6700 Fax

Attorneys for Plaintiff Element Biosciences, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEMENT BIOSCIENCES, INC. <br><br> Plaintiff, <br><br> vs. <br><br> ILLUMINA, INC., ILLUMINA CAMBRIDGE LTD., <br><br> Defendants. | Case No. 25-cv-08026-NW (VKD) <br><br> **PLAINTIFF ELEMENT BIOSCIENCES, INC.'S RESPONSE TO THE COURT'S DISCLOSURE ORDER** |

*DRAFT – PRIVILEGED AND CONFIDENTIAL ATTORNEY WORK PRODUCT*

Pursuant to the Court's Disclosure Order entered October 8, 2025, Dkt. 24, Plaintiff Element Biosciences, Inc. hereby states that it appreciates notice of the issue raised by the Magistrate Judge and does not object to the Magistrate Judge's role in this matter.

DATED: October 10, 2025                Respectfully submitted,

                                       QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP


                                       By   /s/ *Adam Wolfson*
                                            Adam B. Wolfson (Bar No. 262125)
                                            Attorney for Plaintiff Element Biosciences, Inc.