QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-8100

David Bilsker (Bar No. 152383)
  davidbilsker@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

*Attorneys for Plaintiff Element Biosciences, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ELEMENT BIOSCIENCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ILLUMINA, INC. AND ILLUMINA CAMBRIDGE LTD., <br><br> Defendants. | Case No. 5:25-cv-08026-NW <br><br> **PLAINTIFF ELEMENT BIOSCIENCES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Element Biosciences, Inc. ("Element") hereby discloses that Element does not have a parent corporation. No publicly traded corporation owns more than ten percent of the stock of Element.

1  DATED: January 22, 2026                Respectfully submitted,

2                                          QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
3

4
                                            By /s/ *Adam Wolfson*
5                                              Adam Wolfson
                                               Attorney for Plaintiff Element Biosciences, Inc.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28