LATHAM & WATKINS LLP
David R. Marriott (NY Bar No. 2682565)
  David.Marriott@lw.com
William O. Reckler (*Pro Hac Vice*)
  William.Reckler@lw.com
Julia R. Miller (*Pro Hac Vice*)
  Julia.Miller@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

Marguerite Sullivan (*Pro Hac Vice*)
  Marguerite.Sullivan@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

Kelly Fayne (Bar No. 265983)
  Kelly.Fayne@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Yi Sun (Bar No. 325174)
  Yi.Sun@lw.com
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5400

*Attorneys for Defendants Illumina, Inc.
 and Illumina Cambridge, Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELEMENT BIOSCIENCES, INC., | Case No. 5:25-cv-08026-NW |
| Plaintiff, | |
| v. | **DECLARATION OF MARGUERITE SULLIVAN IN SUPPORT OF DEFENDANTS ILLUMINA, INC. AND ILLUMINA CAMBRIDGE LTD.'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS** |
| ILLUMINA, INC. AND ILLUMINA CAMBRIDGE LTD., | |
| Defendants. | Hon. Noël Wise |

I, Marguerite Sullivan, hereby declare as follows:

1. I am an attorney admitted to practice law in the District of Columbia and the Commonwealth of Virginia and a Partner at Latham & Watkins LLP, counsel of record for Defendants Illumina, Inc. and Illumina Cambridge Ltd. ("Illumina") in the above-captioned action.

2. I submit this declaration in support of Illumina's Motion to Stay Discovery Pending Resolution of Illumina's Motion to Dismiss and [Proposed] Order (the "Motion"). I make this declaration based on my personal knowledge.

3. On January 26, 2026, at approximately 1:00 p.m. PT, I met and conferred with counsel of record for Element by videoconference pursuant to Federal Rule of Civil Procedure 26(f). During our conference, I informed counsel for Element that Illumina may consider moving to stay discovery pending resolution of its Motion to Dismiss. Counsel for Element stated that they would not agree to such a stay.

4. On January 26, 2026, at 7:31 p.m. PT, attorney Lynette Lim, counsel for Element, sent an email to me and other counsel for Illumina with the subject "Element v. Illumina NDCA – Element's First Set of Requests for Production." Attached hereto as Exhibit 1 is a true and correct copy of this email.

5. Attached to the January 26, 2026, email referenced above was a Portable Document Format ("PDF") file entitled "2026.01.26 Element's First Set of Requests for Production.pdf." Attached hereto as Exhibit 2 is a true and correct copy of this PDF file.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of February 2026, in Washington, D.C.

> By /s/ *Marguerite Sullivan*
> Marguerite Sullivan

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the signatory, on whose behalf the filing is being submitted, is a registered CM/ECF filer and concurs in the filing's content and has authorized the filing.

Dated: February 4, 2026          By */s/ David R. Marriott*
                                 David R. Marriott