# Exhibit 1

# Ethan Young (NY)

| | |
|---|---|
| **From:** | Lynette Lim <lynettelim@quinnemanuel.com> |
| **Sent:** | Monday, January 26, 2026 10:31 PM |
| **To:** | David Marriott (NY); William Reckler (NY); Julia Miller (NY); Marguerite Sullivan (DC); Kelly Fayne (Bay Area); Yi Sun (SD); Ethan Young (NY); #C-M ILLUMINA INC - ELEMENT BIOSCIENCES - LW TEAM |
| **Cc:** | Adam Wolfson; QE-Illumina-Element-NDCA |
| **Subject:** | Element v. Illumina NDCA - Element's First Set of Requests for Production |
| **Attachments:** | 2026.01.26 Element's First Set of Requests for Production.pdf |

Counsel,

Attached please find Element's First Set of Requests for Production.

Best,

Lynette

**Lynette Lim**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3746 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
lynettelim@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.