1  LATHAM & WATKINS LLP
   David R. Marriott (NY Bar No. 2682565)
2    *David.Marriott@lw.com*
   William O. Reckler (*Pro Hac Vice*)
3    *William.Reckler@lw.com*
   Julia R. Miller (*Pro Hac Vice*)
4    *Julia.Miller@lw.com*
   1271 Avenue of the Americas
5  New York, NY 10020
   Telephone: +1.212.906.1200
6
   Marguerite Sullivan (*Pro Hac Vice*)
7    *Marguerite.Sullivan@lw.com*
   555 Eleventh Street NW, Suite 1000
8  Washington, D.C. 20004
   Telephone: +1.202.637.2200
9
   Kelly Fayne (Bar No. 265983)
10   *Kelly.Fayne@lw.com*
   505 Montgomery Street, Suite 2000
11 San Francisco, CA 94111
   Telephone: +1.415.391.0600
12
   Yi Sun (Bar No. 325174)
13   *Yi.Sun@lw.com*
   12670 High Bluff Drive
14 San Diego, California 92130
   Telephone: +1.858.523.5400
15
   *Attorneys for Defendants Illumina, Inc.*
16  *and Illumina Cambridge, Ltd.*

17

18                 **UNITED STATES DISTRICT COURT**

19              **NORTHERN DISTRICT OF CALIFORNIA**

20                      **SAN JOSE DIVISION**

21 ELEMENT BIOSCIENCES, INC.,          Case No. 5:25-cv-08026-NW

22          Plaintiff,

23          v.                          **[PROPOSED] ORDER GRANTING**
                                        **DEFENDANTS ILLUMINA, INC. AND**
24 ILLUMINA, INC. AND                   **ILLUMINA CAMBRIDGE LTD.'S**
   ILLUMINA CAMBRIDGE LTD.,             **MOTION TO STAY DISCOVERY**
25                                      **PENDING RESOLUTION OF**
          Defendants.                   **DEFENDANTS' MOTION TO DISMISS**
26

27

28

1      Defendants Illumina, Inc. and Illumina Cambridge, Ltd.'s ("Illumina") Motion to Stay

2  Discovery Pending Resolution of Defendants' Motion to Dismiss is **GRANTED**.

3      All discovery in this action is hereby stayed unless and until the Court denies Illumina's

4  Motion to Dismiss in its entirety, or denies the Motion to Dismiss in part, and Illumina files an

5  answer to the First Amended Complaint or any further amended complaint (or its deadline to do

6  so passes).

7      **IT IS SO ORDERED**.

8

9

10  Dated: _____        _____
                                         Honorable Judge Noël Wise
11                                       United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28