United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

ELEMENT BIOSCIENCES, INC.,

Plaintiffs,

v.

ILLUMINA, INC., et al.,

Defendants.

Case No. 25-cv-08026-NW

**CASE-MANAGEMENT AND PRETRIAL ORDER (JURY)**

The Court reviewed the parties' joint case management statement and issues this case-management and pretrial order. The April 14, 2026 Case Management Conference is vacated.

The parties have not yet reached an agreement regarding an ADR process. The parties are ordered to meet and confer within 10 days of this Order to elect either private mediation or court-sponsored mediation, either of which must be completed by no later than February 26, 2027. If the parties cannot reach an agreement, the parties will be referred to court-sponsored mediation. The parties shall file an updated ADR agreement by May 1, 2026.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to Complete ADR:<br>    [x]  Court-sponsored mediation<br>    [ ] Court-sponsored ENE<br>    [ ] Mag. Judge Settlement Conf.<br>    [x]  Private mediation<br>    [ ] Private arbitration<br>    [  ] Other: | February 26, 2027 |
| Close of Fact Discovery | December 18, 2026 |
| Opening Expert Reports | January 15, 2027 |
| Rebuttal Expert Reports | February 12, 2027 |
| Close of Expert Discovery | March 05, 2027 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: March 26, 2027<br>**Responses**: April 09, 2027<br>**Replies**: April 16, 2027 |
| Hearing on Dispositive and *Daubert* Motions | May 19, 2027, at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | June 30, 2027 |
| Final Pretrial Conference | July 14, 2027, at 2:00 p.m. |
| Trial | August 02, 2027, at 9:00 a.m. |
| Length of trial | 10 days |

**IT IS SO ORDERED.**

Dated: April 1, 2026

_____

Noël Wise
United States District Judge